# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ISELA BRISENO, trustee of the Micochan Life Estate Trust dated April 30, 2009; and DOES 1-10,<br><br>Defendants. | Case No.: CV 21-6874-GW-AFMx<br><br><br>**JUDGMENT**<br>**(RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS)** |

The Court, having granted Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 22), finds:

1.  IT IS ORDERED that judgment is entered for Plaintiff and against Defendant Isela Briseno, trustee of the Micochan Life Estate Trust dated April 30, 2009 ("Defendant"), and:

2.  Plaintiff is awarded attorneys' fees in the amount of $5,010.

3.  Plaintiff is awarded litigation costs in the amount of $812.18.

Dated: March 29, 2022

_____
Hon. George H. Wu
United States District Judge

*Presented by*:
Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**ERIC CLEVELAND**